matrix.txt

Bank of America

4161 PIEDMONT PKWY

GREENSBORO, NC 27410


CAPITAL ONE

PO BOX 30281

SALT LAKE CITY, UT 84130


Citibank

PO Box 6497

Sioux Falls, SD 57117


Citifinancial

6400 Las Colinas Blvd MS CC2-21

Irving, TX 75039


Endodontic Associates PC

5700 Commons Park Dr

East Syracuse, NY 13057


FIA CARD SERVICES

PO BOX 982238

EL PASO, TX 79998


GE/JCP

PO BOX 965007

Orlando, FL 32896


GECRB

PO Box 103104

Roswell, GA 30076

matrix.txt

GECRB/EMPIRE

ATTN: BANKRUPTCY DEPT

PO Box 103106

Roswell, GA 30076

HSBC/HFC

PO BOX 3425

BUFFALO, NY 14240

Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101-7346

MACY'S/DSNB

BANKRUPTCY PROCESSING

PO BOX 8053

MASON, OH 45040

Massachusetts Department of Revenue

Bankruptcy Unit

P.O. Box 9564

Boston, MA 02114-9564

St. Mary's Credit Union

293 Boston Post Rd West

Marlborough, MA 01752

Talbots

175 Beal St.

Hingham, MA 02043

matrix.txt

WFCB

BANKRUPTCY DEPT

PO BOX 183043

COLUMBUS, OH 43218-3043


WFNNB

BANKRUPTCY DEPT

PO BOX 182125

COLUMBUS, OH 43218-2125